IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | No. C 07-6160 MJJ (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| RAFAEL PALMEIRO, | ) | |
| Defendant. | ) | |

Plaintiff, a federal prisoner proceeding pro se, filed this pro se complaint under 42 U.S.C. § 1983 against Rafael Palmeiro ("Palmeiro").

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988). To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42, 48 (1988).

Plaintiff alleges that President George W. Bush gave Palmeiro steroids. Plaintiff would

G:\PRO-SE\MJJ\CR.07\riches66.dsm.wpd

1 like to receive 25 million dollars "in whisteblowing money." As Palmeiro is a private
2 individual, he does not act under color of state law, an essential element of a § 1983 action.
3 See Gomez v. Toledo, 446 U.S. 635, 640 (1980). Purely private conduct, no matter how
4 wrongful, is not covered under § 1983. See Ouzts v. Maryland Nat'l Ins. Co., 505 F.2d 547,
5 559 (9th Cir. 1974). Accordingly, plaintiff has failed to state a cognizable claim for relief
6 under § 1983.

7   For the foregoing reasons, this action is DISMISSED.

8   The Clerk shall close the file.

9   IT IS SO ORDERED.

10 DATED: December 21, 2007

_____
MARTIN J. JENKINS
United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\MJJ\CR.07\riches66.dsm.wpd        2